

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00899-CV

Jennifer L. **ZUNIGA**, Individually and as Judgment Creditor and on Behalf of Christopher J. Medina,
Appellant

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CI11445 & 2016CI05219
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we construe appellant's "Motion for Extension of Time to File Appellant's Motion to Dismiss," as a request for an extension of time for her to respond to appellee's motion to dismiss for want of jurisdiction. We GRANT appellant's "Motion for Extension of Time to File Appellant's Motion to Dismiss," as construed, and deem appellant's response as timely filed. Appellee's motion to dismiss for want of jurisdiction is GRANTED. The judgment of the trial court is VACATED, and this case is DISMISSED FOR WANT OF JURISDICTION. Costs of the appeal are taxed against the party who incurred them.

SIGNED September 25, 2019.

_____
Rebeca C. Martinez, Justice